IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WILLIAM JOHNSON | : | NO. 19-0606 |

<u>ORDER</u>

AND NOW, this 21st day of December, 2020, for the reasons set forth in the forgoing Memorandum, it is hereby ORDERED that the motion of defendant William Johnson for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                                    J.